Opinion issued February 27, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01124-CV

____________


ANGELICA'S RECORDS AND MELEK PORTILLO, Appellants


V.


O.T.H. ENTERPRISES D/B/A BORDER SOUND DISTRIBUTORS, Appellee






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 0222866






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Jennings